1

2

3

4

5

6

7

```
          F I L E D
     CLERK, U.S. DISTRICT COURT

          9/24/2025

   CENTRAL DISTRICT OF CALIFORNIA
   BY: _____asi_____ DEPUTY
```

8              UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                  March 2025 Grand Jury

11   UNITED STATES OF AMERICA,          ED CR No.  5:25-cr-00310-KK

12          Plaintiff,                  I N D I C T M E N T

13          v.                          [18 U.S.C. § 111(a)(1), (b):
                                        Assault on Federal Officer with a
14   JOSEPH BLANDON-SAAVEDRA,           Deadly and Dangerous Weapon]

15          Defendant.

16

17      The Grand Jury charges:

18                       COUNT ONE

19             [18 U.S.C. § 111(a)(1), (b)]

20      On or about September 4, 2025, in San Bernardino County, within

21   the Central District of California, defendant JOSEPH BLANDON-SAAVEDRA

22   intentionally and forcibly assaulted, resisted, opposed, impeded,

23   intimidated, and interfered with victim M.P., an employee of the

24   Department of Homeland Security, United States Immigration and

25   Customs Enforcement, while M.P. was engaged in, and on

26   account of, the performance of M.P.'s official duties, and in doing

27   so made physical contact with M.P., and used a deadly and dangerous

28   weapon, namely, a car.

COUNT TWO

[18 U.S.C. § 111(a)(1), (b)]

On or about September 4, 2025, in San Bernardino County, within the Central District of California, defendant JOSEPH BLANDON-SAAVEDRA intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim B.T., an employee of the Department of Homeland Security, United States Immigration and Customs Enforcement, while B.T. was engaged in, and on account of, the performance of B.T.'s official duties, and in doing so made physical contact with B.T, and used a deadly and dangerous weapon, namely, a car.

A TRUE BILL

/S/
_____
Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

COREY L. BURLESON
Assistant United States Attorney
Acting Chief, Riverside Office

COURTNEY N. WILLIAMS
Assistant United States Attorney
Riverside Office