CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHAD PENNINGTON (Bar No. 354831)
(E-Mail: Chad_Pennington@fd.org)
AYAH A. SARSOUR (Bar No. 340280)
(E-Mail: Ayah_Sarsour@fd.org)
Deputy Federal Public Defenders
3801 University Avenue, Suite 700
Riverside, California 92501
Telephone: (951) 276-6346
Facsimile: (951) 276-6368

Attorneys for Defendant
JOSEPH BLANDON-SAAVEDRA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:25-cr-00310-KK-1 |
| Plaintiff, | |
| v. | **[Proposed] Order** |
| JOSEPH BLANDON-SAAVEDRA, | |
| Defendant. | |

Having good cause, the Court hereby grants Defendant's expedited motion for release from immigration custody or dismissal of the indictment.

DATED: _____   By _____
HONORABLE KENLY KIYA KATO
United States District Judge

Presented by:

/s/ Chad Pennington
CHAD PENNINGTON
Deputy Federal Public Defender