CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CHAD PENNINGTON (Bar No. 354831)
(E-Mail: Chad_Pennington@fd.org)
Deputy Federal Public Defender
3801 University Avenue, Suite 700
Riverside, California 92501
Telephone: (951) 276-6346
Facsimile: (951) 276-6368

Attorneys for Defendant
Joseph Blandon-Saavedra

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:25-cr-310-KK-1 |
| Plaintiff, | **Order [70]** |
| v. | |
| Joseph Blandon-Saavedra | |
| Defendant. | |

Having good cause, the Court hereby grants Defendant's application. The current trial date of December 15, 2025, and the pretrial conference of December 1, 2025, are hereby vacated pending the Ninth Circuit Court of Appeal's resolution of the government's appeal in *United States v. Blandon-Saavedra*, 25-7261 (9th Cir. 2025). The future trial date and pretrial conference date will be rescheduled upon conclusion of the appeal. Briefing on the evidentiary motion at ECF No. 57 is hereby vacated pending resolution of the government's appeal in *United States v. Blandon-Saavedra*, 25-7261 (9th Cir. 2025). The Court will set this matter for a status conference by separate order should the Court find that a status conference is required.

Case 5:25-cr-00310-KK   Document 73   Filed 11/19/25   Page 2 of 2   Page ID #:603

DATED: 11/19/2025          By: /s/ *signature*
                           HONORABLE KENLY KIYA KATO
                           United States District Judge

CC: POLA, USMED

Presented by:

*/s/ Chad Pennington*
Chad Pennington
Deputy Federal Public Defender

2